# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIEANNET STRICKLER,** | : | **Civil No. 1:21-CV-1380** |
| **Plaintiff,** | : | |
| v. | : | **(Magistrate Judge Carlson)** |
| **WELLSPAN HEALTH CARE CAMPUS CONDOMINIUM ASS'N,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 27th day of March 2023, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendant's motion for summary judgment (Doc. 23) is GRANTED. The Clerk of Court is directed to close this case.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge